| | |
|---|---|
| **From:** | Cialino, Thomas P. |
| **To:** | bgiles@gilesharper.com; murphy@mmmb.com; Jonathan Misny; anthony@paronichlaw.com; charlotte@ferneekellylaw.com |
| **Cc:** | Krueger, David; Kevin W. Kita; Tagvoryan, Ana; Brown, Harrison M. |
| **Subject:** | RE: CrossCountry Mortgage/Johnstone: Defendant's Supplemental Answers and Objections to Plaintiff's First Set of Discovery |
| **Attachments:** | 2023-12-14 Document Subpoena to Jornaya(133915772_1)_pdf was removed from this message.msg |

Counsel,

We write for two reasons. First attached please find a copy of the subpoena that we will be serving.

Second, a link to Defendant's supplemental document production can be found here: https://blankromellp.sharefile.com/d-sc44aaec8063642d9ace79ec0183b6b99

The bates range for this production is CCM_000072 - CCM_000072, and these documents have been designated as "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."

When you have access to the file, please select the zip file you will need to download it prior to extracting the files.

Once the zip file has been downloaded, you'll need to use a program like 7zip or WinZip to extract the production files.

Right-click the zip file and choose your extraction option.

Here, you will be prompted to enter a password, which is 31~PtE:QHh1+


**Thomas P. Cialino** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5668 | F: 215.832.5668 | tcialino@blankrome.com


**From:** Cialino, Thomas P.
**Sent:** Monday, December 4, 2023 2:48 PM
**To:** bgiles@gilesharper.com; murphy@mmmb.com; Jonathan Misny <misny@mmmb.com>; anthony@paronichlaw.com
**Cc:** Krueger, David <DKrueger@beneschlaw.com>; Kevin W. Kita <kkita@sutter-law.com>; Tagvoryan, Ana <ana.tagvoryan@blankrome.com>; Brown, Harrison M. <harrison.brown@blankrome.com>; charlotte@ferneekellylaw.com
**Subject:** RE: CrossCountry Mortgage/Johnstone: Defendant's Supplemental Answers and Objections to Plaintiff's First Set of Discovery


Counsel,

A link to Defendant's supplemental document production can be found here: https://blankromellp.sharefile.com/d-s6700ff1a3687453fa6dd6a606493bf8d

**EXHIBIT A**

The bates range for this production is CCM_000071 - CCM_000071, and these documents have been designated as "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."

When you have access to the file, please select the zip file you will need to download it prior to extracting the files.

Once the zip file has been downloaded, you'll need to use a program like 7zip or WinZip to extract the production files.

Right-click the zip file and choose your extraction option.

Here, you will be prompted to enter a password, which is 17~Bt}b3w<-F

**Thomas P. Cialino** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5668 | F: 215.832.5668 | tcialino@blankrome.com

**From:** Cialino, Thomas P.
**Sent:** Wednesday, November 22, 2023 4:20 PM
**To:** bgiles@gilesharper.com; murphy@mmmb.com; Jonathan Misny <misny@mmmb.com>; anthony@paronichlaw.com
**Cc:** Krueger, David <DKrueger@beneschlaw.com>; Kevin W. Kita <kkita@sutter-law.com>; Tagvoryan, Ana <ana.tagvoryan@blankrome.com>; jdagon@beneschlaw.comm; charlotte@ferneekellylaw.com; Brown, Harrison M. <harrison.brown@blankrome.com>
**Subject:** RE: CrossCountry Mortgage/Johnstone: Defendant's Supplemental Answers and Objections to Plaintiff's First Set of Discovery

Counsel,

A link to Defendant's supplemental document production can be found here:
https://blankromellp.sharefile.com/d-s4da6cbec73844b4fae6a2082a272cc31

The bates range for this production is CCM_000063 - CCM_000070, and these documents have been designated as "HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER."

When you have access to the file, please select the zip file you will need to download it prior to extracting the files.

Once the zip file has been downloaded, you'll need to use a program like 7zip or WinZip to extract the production files.

Right-click the zip file and choose your extraction option.

Here, you will be prompted to enter a password, which is e2Z&I53KE%?s

**Thomas P. Cialino** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
O: 215.569.5668 | F: 215.832.5668 | tcialino@blankrome.com

**From:** Brown, Harrison M. <harrison.brown@blankrome.com>
**Sent:** Friday, November 17, 2023 8:32 PM
**To:** bgiles@gilesharper.com; Brian@gilesfirm.com; murphy@mmmb.com; misny@mmmb.com; Anthony Paronich <anthony@paronichlaw.com>
**Cc:** dkrueger@beneschlaw.com; kkita@sutter-law.com; Tagvoryan, Ana <ana.tagvoryan@blankrome.com>; jdagon@beneschlaw.comm; charlotte@ferneekellylaw.com; ARC <ARC@BlankRome.com>; Cialino, Thomas P. <thomas.cialino@blankrome.com>
**Subject:** CrossCountry Mortgage/Johnstone: Defendant's Supplemental Answers and Objections to Plaintiff's First Set of Discovery

Please see attached.


**Harrison Brown** (He/Him/His) | BLANKROME
2029 Century Park East | 6th Floor | Los Angeles, CA 90067
Office: 424.239.3400 | Direct: 424.239.3433 | Fax: 424.239.3398
harrison.brown@blankrome.com