UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LINDA JOHNSTONE and L.D., *by and through her mother*, LINDA JOHNSTONE, *individually and on behalf of all persons and entities similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, LLC,<br><br>Defendant. | CASE NO.: 1:22-cv-01111<br><br>JUDGE BRIDGET MEEHAN BRENNAN<br><br>**<u>JUDGMENT ENTRY</u>** |

For the reasons stated in this Court's Memorandum Opinion and Order, Defendant's Motion for Summary Judgment (Doc. 58) is GRANTED. Plaintiffs' Motion for Class Certification (Doc. 57) and Defendant's Motion to Strike or Exclude Plaintiffs' Supplemental Expert Declaration (Doc. 63) are DENIED as moot. This case is dismissed.

**IT IS SO ORDERED.**

Date: January 14, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE